THE OXFORD FINANCE COMPANIES, INC., PLAINTIFF-PETITIONER, v. HOWARD J. LEVITT, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Charles & Pluese* for the petitioner.

*Mr. Roy Baylinson* for the respondents.

March 10, 1970. Denied.

HENRY TAMM, PLAINTIFF-RESPONDENT, v. CITY OF NEWARK, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Anthony J. Iuliani* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Cohn & Turk* for the respondent.

March 10, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT F. MOORE, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.* for the petitioners.

*Mr. James A. Tumulty, Jr.,* and *Mr. Charles D. Sapienza* for the respondent.

March 10, 1970. Denied.